```
                    FILED
         CLERK, U.S. DISTRICT COURT

              AUG 21 2020

         CENTRAL DISTRICT OF CALIFORNIA
         BY                    DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL LUIS ORTIZ,<br><br>Defendant. | Case No.  CR 04-598-RGK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On August 21, 2020, Defendant made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on January 9, 2020, Deputy Federal Public Defender Callie Steele was appointed to represent Defendant. Defendant submitted on the recommendation of detention in the Pretrial Services Report.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

  ☒ allegations in the petition include that defendant failed to report within 72 hours of release and sustained a new arrest while on supervised release

  ☒ history of prior revocations and non-compliance

  ☒ license suspended for failure to appear

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

  ☒ allegations in the petition, history of prior revocations

## III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 21, 2020

                                                                       /s/
                                                            ALKA SAGAR
                                            UNITED STATES MAGISTRATE JUDGE